IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| GW ACQUISITION CO., LLC, | ) |
| | ) |
| *Plaintiff-Appellee*, | ) |
| | ) |
| v. | ) No. 23-1611 |
| | ) |
| PAGELAND LIMITED LIABILITY COMPANY, Et. Al. | ) |
| | ) |
| *Defendants-Appellants*. | ) |

**DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR A
14-DAY EXTENSION TO FILE REPLY BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27(a) and Fourth Circuit Rules 27 and 31(c), Defendants-Appellants Pageland Limited Liability Company, Barbara Brower, and Jon Sanders Brower (collectively, "Brower") respectfully request a 14-day extension of time, up to and including Wednesday, December 20, 2023, within which to file Brower's reply brief in the above-captioned case. Plaintiff-Appellee GW Acquisition Co., LLC and Third Party Defendants-Appellees Mary Ghadban and MaglandBroker, LLC do not oppose this relief.

1.  Brower's reply brief is due on December 6, 2023. This is Brower's first request for an extension of time to file his reply brief. The Court previously granted Brower a 61-day extension to file his opening brief.

1

2. There is good cause for Brower's requested extension, for several reasons. First, this is a complex appeal involving multiple claims, counter-claims, and third-party claims, a large discovery record, and three distinct orders that Brower contends are erroneous in whole or in part. Accordingly, the additional time will allow Brower to properly brief and argue this appeal in a comprehensive and efficient manner that will best assist the Court.

3. Second, Brower's counsel have significant additional client responsibilities and obligations that substantially interfere with their ability to file the response brief by December 6, 2023 or immediately thereafter, including (1) filing a response to a petition for rehearing en banc in *Cloud v. The Bert Bell, Pete Rozelle NFL Player Retirement Plan*, No. 22-10710 (5th Cir.) on November 20, 2023; (2) filing a response to a motion to transfer in *Chamber of Commerce of the United States of America et al.*, No. 6:23-cv-00553-JCB (E.D. Tex.) on December 4, 2023; (3) filing a motion to intervene in a confidential matter on December 6, 2023; (4) assisting with oral-argument preparation in *International Dark-Sky Association, Inc. v. FCC*, No. 22-1337 (D.C. Cir.), on December 11, 2023; (5) filing a merits brief in the U.S. Supreme Court in *Sheetz v. County of El Dorado*, No. 22-1074, on December 13, 2023; and (6) filing a motion to dismiss in a confidential matter on December 22, 2023, along with numerous additional client-related obligations.

4. Third, the attorneys representing Brower have long-planned family vacations scheduled during the week of Thanksgiving.

5. Fourth, events in December could materially impact this complex appeal, including by affecting the parties' positions vis-à-vis a possible negotiated resolution. This case concerns the alleged fraudulent inducement and breach of a series of contracts relating to the sale of Brower's land in Prince William County, Virginia, culminating with a disputed Purchase and Sale Agreement (PSA). The PSA is contingent on Prince William County's approval of a data center rezoning application. The County Board of Supervisors is scheduled to vote on the application on December 12, 2023. Brower's reply brief is due on December 6, 2023, just six days before the County vote. By enabling the parties to consider developments that are relevant to the resolution of their overall dispute, granting the requested extension has the potential to save significant party and judicial resources.

6. Finally, no party will be prejudiced by the requested relief. As noted above, the extension could save significant party and judicial resources. The extension will not alter the status quo, as Appellees prevailed below. Counsel for Brower has conferred with counsel for Appellees, and Appellees do not oppose this motion.

For these reasons, Brower respectfully requests that the Court issue an order granting a 14-day extension of time within which to file his reply brief, up to and including Wednesday, December 20, 2023.

Dated:  November 20, 2023                                  Respectfully submitted,

<u>/s/ James E. Tysse</u>
James E. Tysse
Anthony Pierce
Miranda Dore
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4571
jtysse@akingump.com

Michael Weisbuch
Akin Gump Strauss Hauer & Feld LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111
(415) 765-9526

*Counsel for Pageland Limited Liability Company, Barbara Brower, and Jon Sanders Brower*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion (i) was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type style, and (ii) contains 585 words. It therefore complies with Federal Rule of Appellate Procedure 27(d).

/s/ James E. Tysse
James E. Tysse